**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | | |
|---|---|---|
| OMAR MENDEZ HERNANDEZ, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 1:26cv2361 (PTG/LRV) |
| TODD BLANCHE, et al., | ) | |
| Respondents. | ) | |

**JUDGMENT**

Pursuant to the order of this Court entered on August 11, 2026 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Petitioner, Omar Mendez Hernandez and against the Respondents', Todd Blanche, Markwayne Mullin, Robert Gaudian, and Paul Perry.

LAURA G. GRIFFIN, CLERK OF COURT

By: /s/
Paulina A. Miller
Deputy Clerk

Dated: August 12, 2026
Alexandria, Virginia